**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

## Western District of North Carolina

### Notice of Electronic Filing

The following transaction was entered on 9/6/2012 at 11:22 AM EDT and filed on 9/6/2012
**Case Name:** USA v. Garcia, et al
**Case Number:** 3:01-cr-00036-FDW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER denying [335] Motion for Writ as to David Perez Garcia (1)** *Text of Order: Defendant pro se moves for a Writ of Error to vacate his conviction and/or sentence. Previously, the Defendant has unsuccessfully filed collateral motions contesting his conviction and/or sentence. Therefore the Court construes Defendant's motion as a successive and untimely section 2255 motion. Furthermore, the Court has reviewed Defendant's motion on the merits and finds that it legally does not support vacating either his conviction or sentence. Finally, the Court declines to authorize a certificate of appealability for the reasons set forth above. So Ordered.***(Pro se litigant served by US Mail.) (FDW)**

**3:01-cr-00036-FDW-1 Notice has been electronically mailed to:**

**3:01-cr-00036-FDW-1 Notice will not be electronically mailed to:**

David Perez Garcia(Terminated)
#35933-048
SAFFORD
Legal Mail
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 9000
SAFFORD, AZ 85548