# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David Perez Garcia,

    Plaintiff(s),        JUDGMENT IN A CIVIL CASE

vs.               3:12cv575 / 3:01cr36

USA,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/6/12 Order.

              Signed: September 7, 2012

              *Frank G. Johns*
              Frank G. Johns, Clerk
              United States District Court